

**U. S. Department of Justice**

*United States Attorney*
*Eastern District of North Carolina*

*Terry Sanford Federal Building*
*310 New Bern Avenue*
*Suite 800*
*Raleigh, North Carolina 27601-1461*

*Telephone (919) 856-4530*
*Criminal FAX (919) 856-4487*
*Civil FAX (919) 856-4821*
*www.usdoj.gov/usao/nce*

## NOTICE OF RELATED CASES

DATE: March 6th, 2016

TO: United States District Court
Eastern District of North Carolina
Raleigh, North Carolina 27601

FROM: LAWRENCE J. CAMERON
Assistant U.S. Attorney

SUBJECTS: United States v. VICTOR SAAVEDRA-SANTIAGO, ET. AL
Docket No. 7:16-CR-21-1     - Southern Division
Docket No. 7:16-CR-21-2     - Southern Division
Docket No. 7:16-CR-21-3     - Southern Division

The above-named case is being presented for indictment on March 8, 2016. The indictment charges the Defendants Victor Saavedra-Santiago, Jose Luis Quiroz, and Felipe De Jesus Acosta-Gonzalez with conspiracy to distribute and possess with the intent to distribute cocaine and marijuana and other related charges.

A previously filed indictment, United States v. Orlando Acuna-Robinson, et. al, Docket No. 7:12-CR-89-BO, is being prosecuted in this District. It is anticipated that certain statements and other evidence will be used in the prosecution of both cases. See EDNC Local Criminal Rule 50.1(b).

A previously filed criminal indictment, United States v. Jesus Rodriguez-Robledo, Docket No. 7:13-CR-48-BO, is being prosecuted in this District. It is anticipated that certain statements and other evidence will be used in the prosecution of both cases. See EDNC Local Criminal Rule 50.1(b).

Reviewed and approved by:

JOHN STUART BRUCE
Acting United States Attorney