UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Crim. No. 7:16-CR-21-BO-3

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>                            )<br>v.                              )<br>                            )<br>                            )<br>FELIPE DE JESUS ACOSTA-GONZALEZ )<br>    Defendant.               )<br>_____ ) | NOTICE OF APPEARANCE |

Pursuant to Local Rules, Attorney Andrew McCoppin hereby notifies this Honorable Court that he will represent the defendant in the above-captioned criminal proceeding.

Respectfully submitted this 16th day of March 2016.

                              McCoppin & Associates Attorneys at Law P.A.

                              /s/ Andrew McCoppin
                              ANDREW MCCOPPIN
                              Attorney for Defendant
                              1250 S.E. Maynard Road, #202
                              Cary, NC 27511
                              Telephone:     919-481-0011
                              Telecopier:     919-461-4949
                              andrew@mccoppinlaw.com
                              CA Bar No.    175242
                              NC Bar No.     21725
                              CJA – APPOINTED COUNSEL

CERTIFICATE OF SERVICE

      Today, I served a copy of the foregoing upon the United States by electronic filing with CM/ECF to the person identified below:

Lawrence Jason Cameron
Assistant Unites States Attorney

Respectfully submitted this 16th day of March 2016.

      McCoppin & Associates Attorneys at Law P.A.

      /s/ Andrew McCoppin
      ANDREW MCCOPPIN
      Attorney for Defendant
      1250 S.E. Maynard Road, #202
      Cary, NC 27511
      Telephone:    919-481-0011
      Telecopier:    919-461-4949
      andrew@mccoppinlaw.com
      CA Bar No.    175242
      NC Bar No.    21725
      CJA – APPOINTED COUNSEL