UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:16-CR-21-3BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| FELIPE DE JESUS ACOSTA-GONZALEZ | ) | |

This matter is before the Court on Defendants unopposed motion to extend the pretrial motions deadlines and to continue the arraignment and trial. Upon good cause shown, it is hereby ORDERED that an extension of time to file any and all pretrial motions is **GRANTED**. The defendant shall be allowed through and including **June 2, 2016** to file said motions.

The government shall have 14 days to file it's responses to said motions.

For good cause shown, it is hereby **ORDERED** that the arraignment in this matter be continued until the Court's **August, 2016** term of court.

**IT IS FURTHER ORDERED** that any delay that results from this continuance is excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

This the 18 day of May, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE